No. 119. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, PLAINTIFF IN ERROR, v. SAMUEL P. MCCONNELL. In error to the Supreme Court of the State
of North Carolina. Argued December 8 and 9, 1915.
Decided December 13, 1915. *Per Curiam.* Dismissed for
want of jurisdiction upon the authority of *Eustis* v. *Bolles,*
150 U. S. 361; *Wood* v. *Chesborough,* 228 U. S. 672, 677;
*New Orleans & N. E. R. R.* v. *National Rice Milling
Co.,* 234 U. S. 80, 86; *Mellon Co.* v. *McCafferty,* 239 U. S.,
*ante,* p. 134. *Mr. Walter H. Neal* for the plaintiff in error.
*Mr. S. S. Gregory* for the defendant in error.

No. 307. CHARLES H. FOUTS, PLAINTIFF IN ERROR, v.
THE BALTIMORE & OHIO RAILROAD COMPANY. In error
to the Supreme Court of the State of Ohio. Motion to
dismiss submitted December 6, 1915. Decided December 13, 1915. *Per Curiam.* Dismissed for want of
jurisdiction upon the authority of *Wabash R. R.* v. *Hayes,*
234 U. S. 86. *Mr. David F. Anderson* for the plaintiff
in error. *Mr. George F. Arrel, Mr. James P. Wilson*
and *Mr. Union C. De Ford* for the defendant in error.